E-FILED
AUG 25 2008

Priority
Send
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| WORLD GROUP OF COMPANIES LIMITED, a British company incorporated in England,<br><br>Plaintiff,<br><br>vs.<br><br>REEL MEDIA INTERNATIONAL, an entity of unknown form, THOMAS T. MOORE, aka TOM T. MOORE, and DOES 1 through 10,<br><br>Defendants. | Case No. CV 07-05096 PSG (MANx)<br><br>PERMANENT INJUNCTION AND FINAL ORDER |

## PERMANENT INJUNCTION AND FINAL ORDER

Pursuant to the Stipulation of the parties filed herein and the Court's Order on that Stipulation,

**IT IS ORDERED** that defendants Reel Media International, also known as Reel Funds International, Inc. ("RFI"), and Thomas T. Moore, also known as Tom T. Moore ("Moore") (collectively "Defendants") and their respective agents, servants, employees, attorneys, and all persons in active concert or participation with them who receive actual notice of this Permanent Injunction and Final Order by personal service or otherwise, and each of the foregoing, are permanently enjoined from (1) copying or otherwise reproducing plaintiff's motion pictures produced in or about 1972 and titled *Divorce His* and *Divorce Hers*, also known or referred to as *Divorce His/Divorce Hers*, *Divorce Hers/Divorce His*, and *Divorce*, or either of those motion pictures and/or any parts thereof; (2) preparing derivative works based upon said copyrighted works and/or any parts thereof; (3) distributing to the public, by sale or other transfer of ownership, or by rental, lease or lending, copies of said copyrighted works and/or any parts thereof; and/or (4) authorizing others to do any of the above acts.

The Court retains jurisdiction to enforce this Permanent Injunction and the terms of the parties' Settlement Agreement dated as of August 22, 2008.

Except as provided herein, this action is dismissed with prejudice, with plaintiff, on the one hand, and Defendants, on the other hand, to bear their respective attorneys' fees and costs in this action.

Dated: 8/25/08

Honorable Phillip S. Gutierrez
United States District Judge

1

1  Submitted jointly by:

2  Peter J. Anderson, Esq., SBN 88891
   E-Mail: pja@pjanderson.com
3  LAW OFFICES OF PETER J. ANDERSON
   A Professional Corporation
4  100 Wilshire Boulevard
   Suite 2010
5  Santa Monica, CA 90401
   Tel: (310) 260-6030
6  Fax: (310) 260-6040
   Attorney for Plaintiff
7  WORLD GROUP OF COMPANIES, LTD.

8      - and -

9  Allen Hyman, Esq., SBN 73371
   LAW OFFICES OF ALLEN HYMAN
10 Attorney for Defendants
   REEL MEDIA INTERNATIONAL and
11 THOMAS T. MOORE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28